IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-209-CR





KEVIN SORRELLS,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE



 




FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY



NO. 34,894, HONORABLE JOE E. BRISCOE, JUDGE PRESIDING



 





PER CURIAM

 Counsel for the State has filed a motion to permanently abate this appeal because
of the death of appellant. Tex. R. App. P. 9(b). The motion is supported by a certificate of
death.

 The motion is granted. The appeal is permanently abated.


Before Justices Powers, Jones and Kidd

Filed: November 3, 1993

Permanentely Abated

Do Not Publish